

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2013

No. 04-13-00370-CV

**IN RE** Rowland J. **MARTIN,** Individually and as
Administrator of the Estate of Johnnie Mae King

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Catherine Stone, Chief Justice
           Sandee Bryan Marion, Justice
           Luz Elena D. Chapa, Justice

On October 28, 2013, relator filed a motion for rehearing. The panel has considered the Relator's Motion for Rehearing and the motion is DENIED.

It is so **ORDERED** on November 21, 2013.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2013.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2001PC1263, styled *In the Matter of the Estate of Johnnie Mae King, Deceased*, pending in Probate Court No. 1, Bexar County, Texas, the Honorable Polly Jackson Spencer, presiding.